**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SOHAIL MAYAN, | ) | |
| | ) | Case No. 3:25-cv-00325 |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Kezia O. L. Taylor |
| | ) | |
| LEONARD ODDO, et al., | ) | |
| | ) | |
| *Respondents*. | ) | |

# ORDER

**AND NOW** this 29th day of January, 2026, and for the reasons stated by this Court in the Memorandum Opinion entered on this day, it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED** without prejudice.
2. Petitioner may file a motion to reopen along with an amended petition when he can provide good reason to believe that his removal is not reasonably foreseeable.
3. With no further action required by the Court at this time, the Clerk of Court shall mark this matter closed.

/s/ Kezia O. L. Taylor
Kezia O. L. Taylor
United States Magistrate Judge

Cc: Counsel of record
(Via CM/ECF electronic mail)